NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**E. WAYNE HAGE**
AND **THE ESTATE OF JEAN N. HAGE,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5001, -5013

---

Appeals from the United States Court of Federal Claims in case no. 91-CV-1470, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

**ORDER**

The United States moves for a 30-day extension of time, until July 6, 2011, to file its response and reply brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>JUN 2 3 2011</u>                    <u>/s/ Jan Horbaly</u>
Date                                Jan Horbaly
                                    Clerk

cc:  Lyman D. Bedford, Esq.
     Elizabeth Ann Peterson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 3 2011

**JAN HORBALY**
**CLERK**